**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> JAMES W. ELLIS and TAHEESH ELLIS <br><br> Debtors. | Case No. 18-25883 <br> Chapter 13 <br> Judge Pamela S. Hollis <br><br> Confirmation hearing: <br> 11/9/2018 11:30 a.m. |

## AUGUSTA VILLAGE HOMEOWNERS' ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN FILED SEPTEMBER 14, 2018

Now comes a certain Creditor, AUGUSTA VILLAGE HOMEOWNERS' ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtors' chapter 13 plan filed September 14, 2018 states as follows:

1. Augusta Village Homeowners' Association is a claimant-creditor of the Debtors and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On October 30, 2018, Augusta Village Homeowners' Association filed its proof of claim with respect to Debtors' obligation to pay association assessments for the property located at 235 Carolina Street, Bolingbrook, Illinois 60490. (Exhibit "A").

3. That pursuant to Augusta Village Homeowners' Association's governing documents, which have been recorded with the Recorder of Deeds of Will County, Illinois, a lien attaches to the property of the Debtors to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Augusta Village Homeowners' Association.

4. At the time Debtors filed the chapter 13 petition on September 14, 2018, Debtors owed the amount of $705.00 for past due assessments, late fees and attorney fees to Augusta Village Homeowners' Association. (Exhibit "A").

5. Debtors' plan fails to fully and properly account for Augusta Village Homeowners' Association secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Augusta Village Homeowners' Association's lien rights in Debtors' real estate and the proof of claim filed on October 30, 2018, Augusta Village Homeowners' Association, should be included in Debtors' chapter 13 plan as a secured creditor in the amount of $705.00.

7. As a result of Debtors failure to fully account for the pre-petition secured debt owed to Augusta Village Homeowners' Association, confirmation of Debtors September 14, 2018 plan should be denied.

WHEREFORE, Augusta Village Homeowners' Association prays this court for entry of the attached order denying confirmation of the Debtors' plan filed September 14, 2018, and for any such other and further relief as this court deems just and equitable within the premises.

AUGUSTA VILLAGE
HOMEOWNERS' ASSOCIATION

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

2