**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

In re:                                              Case No. 18-25883
JAMES W. ELLIS and TAHEESH ELLIS                    Chapter 13
                                                    Judge Pamela S. Hollis

                    Debtors.                       Confirmation hearing:
                                                    11/9/2018 11:30 a.m.

---

**NOTICE OF FILING**

To:     See attached Service List.

**PLEASE TAKE NOTICE** that on this 1st day of November 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, AUGUSTA VILLAGE HOMEOWNERS' ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN FILED SEPTEMBER 14, 2018, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

**PROOF OF SERVICE**

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 1st day of November, 2018.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 1st day of November, 2018.

_____
Notary Public

OFFICIAL SEAL
MICHELLE SCALES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/17/20

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

## Service List

James W. Ellis
235 Carolina Street
Bolingbrook, Illinois 60490

Taheesh Ellis
235 Carolina Street
Bolingbrook, Illinois 60490

UpRight Law
Attention: David Gallagher
79 W. Monroe, 5th Floor
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)