# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION JOLIET

| | |
|---|---|
| In Re: | Case No. 18-25883 |
| James W Ellis<br>Taheesh Ellis | Chapter 13 |
| Debtor(s). | Hon. Judge Pamela S. Hollis |

### NOTICE OF MOTION OF HOME POINT FINANCIAL CORPORATION TO MODIFY AUTOMATIC STAY

**VIA ELECTRONIC NOTICE:**

    Salvador Gutierrez, UpRight Law, 79 W Monroe, 5TH FL, Chicago, IL 60603

    Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

**VIA U.S. MAIL:**

    James W Ellis, Debtor, 235 Carolina ST, Bolingbrook, IL 60490

    Taheesh Ellis, Debtor, 235 Carolina ST, Bolingbrook, IL 60490

PLEASE TAKE NOTICE that on April 5, 2019, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of Home Point Financial Corporation to Modify Automatic Stay, a copy of which is hereto attached.

Please take notice that on May 3, 2019 at 10:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, in Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, and then and there present the attached *Motion of Home Point Financial Corporation to Modify Automatic Stay,* which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Dated: April 5, 2019

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 5, 2019, before the hour of 5:00 p.m.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION JOLIET

| | |
|---|---|
| In Re: | Case No. 18-25883 |
| James W Ellis<br>Taheesh Ellis | Chapter 13 |
| Debtor(s). | Hon. Judge Pamela S. Hollis |

## MOTION OF HOME POINT FINANCIAL CORPORATION FOR RELIEF FROM STAY

NOW COMES Home Point Financial Corporation (hereinafter, "Movant"), a secured creditor herein, by and through its attorneys, the law firm of Sottile & Barile, LLC, moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §§361, 362 and 363 of the United States Bankruptcy Code.

2. On July 29, 2016, the Debtors did execute a certain Note in the amount of $248,417.00 (Exhibit A), secured by a Mortgage on the property commonly known as 235 Carolina St., Bolingbrook, IL 60490 (Exhibit B).

3. Enforcement of Movant's security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code upon Debtors' filing of this petition on September 14, 2018.

4. The Debtors' Amended Chapter 13 Plan was confirmed on February 08, 2019. Part 3 of the Amended Plan provides for the Debtors to make current monthly mortgage payments directly to Movant, and provides for Movant to receive monthly disbursements from the Chapter 13 Trustee to cure the pre-petition arrearage claim.

5. As of April 03, 2019, there remains due and owing on the Note and Mortgage referenced in paragraph two hereof, the unpaid principal balance of $243,033.16.

6. The Debtors are delinquent on post-petition mortgage payments to Movant. As of April 03, 2019, the default was $16,985.92.

7. Continuation of the automatic stay will cause irreparable harm to Movant and will deprive it of the adequate protection to which it is entitled.

8. This Court has authority to order that Rule 4001(a)(3) is waived to the order entered in granting this motion, and Movant requests this Court so order.

**WHEREFORE**, Movant prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, and for such other and further relief as this Court may deem just and proper.

Dated: April 5, 2019

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant